# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

————————————————

No. 1D19-0703

————————————————

JOHN M. MURRAY,

    Appellant,

v.

FL COMMISSION ON OFFENDER
REVIEW,

    Appellee.

————————————————

On appeal from the Circuit Court for Leon County.
Ronald W. Flury, Judge.

June 24, 2019

PER CURIAM.

    DISMISSED. *See Banks v. State*, 916 So. 2d 35 (Fla. 1st DCA 2005).

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

————————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

————————————————

John M. Murray, pro se, Appellant.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.